UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WI

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2016 AUG 16 P 2:23
JON W. SANFILIPPO
CLERK

James S. Cook,

Plaintiff

Case No. 16-C-1096

v.

Ice Cube; State Street Picture Production, Mark Brown, Tim Story, John Ridley, Kevin Rodney; New Line Cinema Cube Vision, Metro Goldwyn Mayer, Malcolm D. Lee, Kenya Barris, Trace Oliver, Robert Teitel, Warner Bros... George Tillman Jr.

Statement

Of

Facts

1. On or about April 16, 2016 Barbershop: The Next Cut... Opened as a motion picture by (and in) association with Warner Bros. As well as with Ice Cube... as a producer and act as a lead and central actor. With Malcolm D. Lee as director. With also: Kenya Barris's and Trace Oliver as Writers.

2. "Barbershop: The Next Cut happens to exist as a Comedy type franchise from the first Barbershop with Ice Cube and other star characters from the first." "It's NO. 3!"

3. The way it went was:
A.) Barbershop - 2002... State Street picture production: By Ice Cube - Screen Play by MARK BROWN by

2

Mark Brown - Directed by Tim Story - Executive Producers: Matt... & Larry. MGM./us - WWW.MGM.Com. John Ridley. Robert Teitel.

B) Two (2) years later -- Sequel, Barbershop 2: Back In Business. (2004 - directed by Kevin Rodney. Produced by Ice Cube with his New Line Cinema Cube Vision -- as he also played the lead and central actor with many of the same actors from Barbershop. With: Metro Goldwyn Mayer. MGM. Then the Historic M-G-M Studios/ was sold to Sony Pictures Studios... 10202 W. Washington Boulevard, Culver City, CA.).

4. "12 years later, Barbershop: The Next Cut (with most or and all the actors from Barbershop No. 1.), came out on or about April 16, 2016... from Barbershop 2: Back In Business. Barbershop No. 1 that first came out 2002 is

Case 2:16-cv-01096-NJ   Filed 08/15/16   Page 3 of 6   Document 1-2

a 14 year differences, up to Barbershop: The Next Cut... 2016."

5. "My Copyright NO. is: PAu-722-950. Barbershop NO.1 is in one of my Collections entitled: "A COLLECTION OF SHORT STORIES"... in the Library of Congress. I sent a copy of my Barbershop script to: The Attention OF The MGM President in 1996... along with my Contract Letter Before I was sent back to prison on a parole rule on Oct. 8, 1996. I am still there!"

6. "The Original Characters in all three (3) Barbershop(s), are mines: Barbershop NO.1, Barbershop 2: Barbershop: The Next Cut... are all in Associations And Story lines... During

4

and connecting with my first Barbershop No.1 script. [I have not been contracted. Nor have I been credited and given a cent for my copy written work.] I am now seeking all of my royalty payments. In associations with my early script sent... in all respects to the present... and past films (movies), as well as any other future ones. "STOP USING ME Please!"

7. "I know that plagiarism is an infringement of an intellectual property right... where another person's writing, ideas, or other work and title is presented as one's own." "SO STOP IT MEN!"

8. "I know that a copyright certificate of registration within the U.S.A. Copyright Office... in Washington... is a personal property right," that is granted for

5

life and 70 years plus after the author's death. I know to make countless profits from my work and not to credit me after all this time is in fact: cruel and in fact... usual punishment and intentional misalliance!

For all the above reason(s) I am now: Seeking $600,000,000.00 dollars... and asking the Court to order you to stop all future earning(s) in tapes, DVD's, and whatever associated with Barbershop No. 1. of 2002 to Barbershop: The Next Cut. "Respectfully." Punitive Reward I seek in the above amount... Quite Honorably: Respectfully

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8 DAY OF Aug 20 16
Rebecca Sexton
NOTARY PUBLIC, STATE OF WISCONSIN
COMMISSION EXPIRES 2-5-17

X James S. Cook
8-8-16

Respectfully Submitted,

6