# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

August 17, 2016

James S. Cook 005351
Jackson Correctional Institution
N6500 Haipek Road
PO Box 233
Black River Falls, Wisconsin 54615-0233

Re:  Cook v. Ice Cube, et al.
     Case No: 16-CV-1096

Dear Mr. Cook:

The Clerk's Office received your Complaint for filing on August 16, 2016.

Please be advised that the filing fee is $400.00. If you cannot afford the fee, please complete and file **within 21 days of the date of this letter** the enclosed Request to Proceed in District Court without Prepaying the Full Filing Fee. In accordance with the provisions of the Prison Litigation Reform Act, you are required to **file a certified copy of your Prisoner Trust Account Statement for the preceding six months.** Please file it within **21 days of the date of this letter**.

This matter has been assigned to Magistrate Judge Nancy Joseph. Enclosed is a magistrate judge consent/refusal form for your review. Please complete and file it with the Clerk's Office **within 21 days of the date of this letter.**

Very truly yours,

JON W. SANFILIPPO
Clerk of Court

*s/B. Ray*
Deputy Clerk

Enclosures